**FILED**

**UNITED STATES DISTRICT COURT**
**for the**
**EASTERN DISTRICT OF CALIFORNIA**

NOV 16 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA
VS.

Brian Johnson

CASE/CITATION NO. 2:15mj00207 AC

**ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
_____
CITY    STATE    ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

X DATE: 11/16/15    X _____
                         DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

(X) Fine: $ 690 _____ and a penalty assessment of $ 10 _____ for a TOTAL
AMOUNT OF: $ 700 _____ within _____ days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.     Forthwith
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (check one):**

[ ] CENTRAL VIOLATIONS BUREAU
    PO BOX 71363
    PHILADELPHIA, PA 19176-1363
    1-800-827-2982
        or
    Pay on-line at www.cvb.uscourts.gov
    and Click on "Pay On-Line"

[ ] CLERK, USDC
    2500 TULARE ST., RM. 1501
    FRESNO, CA 93721-1322

[X] CLERK, USDC
    501 I STREET, STE. 4-200
    SACRAMENTO, CA 95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 11/16/2015    _____
                    U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                    EDCA-3