UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:15-MJ-00207-AC |
| | ) 2:15-CR-00218-AC |
| Plaintiff, | ) |
| | ) [Proposed] ORDER TO CONTINUE |
| v. | ) STATUS HEARING AND VACATE COURT |
| | ) TRIAL |
| WILLIAM LOUIS FILTER, | ) |
| BRIAN JOHNSON, | ) DATE: January 11, 2016 |
| CODY BOYD PITMAN, and | ) TIME: 9:00 a.m. |
| SCOTT PITMAN, | ) JUDGE: Hon. Allison Claire |
| | ) |
| Defendants. | ) |

<u>ORDER</u>

It is hereby ordered that the status hearing presently set for January 11, 2016 at 9:00 a.m. be continued to January 25, 2016 at 9:00 a.m. and the court trial presently set for January 25, 2016 at 9:00 a.m. be vacated. The time from January 11, 2016 to January 25, 2016 shall be excluded from the calculation of time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) and Local Code T4. The Court finds that the

///

///

///

1 ends of justice served by a continuance as requested outweigh the
2 best interest of the public and the defendant in a trial within the
3 original date prescribed by the Speedy Trial Act.
4
5 DATED: December 22, 2015
6
7 ALLISON CLAIRE
   UNITED STATES MAGISTRATE JUDGE